# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9269310 | GODWARD | 5952 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 10/30/2020 TIME: 0300 | 18 USC 113 |

Place of Offense: 514 GILLINGHAM CT. OCEANSIDE, CA 92056

Offense Description: Factual Basis for Charge — HAZMAT ☐

SIMPLE ASSAULT.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ODUM | ALEXIA | R.L. |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | | N/A |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 20 -   03369   Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 221 WEST BROADWAY SAN DIEGO, CA. | TBD |
| | Time: TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed] Alexia Odum

Original - CVB Copy
03369   *9269310*   (1)

---

(For issuance of an arrest warrant or summons)

I state that on 30 OCT., 20 20 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA.

FOLLOWING A MIRANDA RIGHTS ADVISEMENT, ALEXIA R.L. ODUM PROVIDED A WRITTEN STATEMENT IN WHICH SHE ENGAGED IN A PHYSICAL ALTERCATION WITH HER SPOUSE BLAKE ODUM, AT 514 GILLINGHAM CT. AROUND 0300 SHE STATED B. ODUM INITIATED THE CONTACT AND SHE CONTINUED TO THROW MULTIPLE CLOSED FIST PUNCHES. THE CONTACT RESULTED IN A LACERATION UNDER THE RIGHT EYE OF B. ODUM, ALONG WITH MULTIPLE SCRATCH ABRASIONS IN THE FACE AND NECK AREA. NO SERIOUS BODILY INJURIES WERE SUSTAINED.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/30/2020   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident